UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>     vs.<br><br><br>AMERICAN LASER CENTERS, LLC, ET AL.<br>             Defendants. | Case No.:  1:09-CV-02247 AWI DLB<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** the Mandatory Scheduling Conference has been continued from March 30, 2010 at 9:00 am to May 27, 2010 at 9:45 am.

IT IS SO ORDERED.

Dated:  **March 13, 2010**                         /s/ Dennis L. Beck
                                                                 UNITED STATES MAGISTRATE JUDGE

-1-