**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AMERICAN LASER CENTERS LLC f/k/a ALC ACQUISITION COMPANY LLC d/b/a AMERICAN LASER CENTERS, AMERICAN LASER CENTERS OF CALIFORNIA, LLC d/b/a AMERICAN LASER CENTERS, ALC - PARTNER, INC. d/b/a AMERICAN LASER CENTERS, ALC Fresno, LLC and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | NO. 1:09-CV-02247 AWI DLB<br><br>ORDER VACATING<br>MAY 24, 2010 HEARING DATE<br>AND TAKING MATTER<br>UNDER SUBMISSION |

　　Defendants' motion to dismiss has been set for hearing in this case on May 24, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 24, 2010, is VACATED, and the parties shall not appear at that time. As of May 24, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: 　May 19, 2010　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE