# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | 1:09cv02247 AWI DLB |
| Plaintiff, | ORDER GRANTING MOTION TO INTERVENE |
| v. | (Document 21) |
| AMERICAN LASER CENTERS, LLC., et al., | |
| Defendants. | |

On June 2, 2010, Plaintiff in Intervention Dawb Yang filed the instant motion to intervene in this action. On June 30, 2010, the Court deemed the matter suitable for determination without oral argument and took the motion off calendar pursuant to Local Rule 230(g).

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") filed the instant employment discrimination action on December 28, 2009. Defendants' motion to dismiss is currently pending before the Court.

On June 2, 2010, Plaintiff in Intervention Dawb Yang moved to intervene in the action pursuant to Federal Rule of Civil Procedure 24. Ms. Yang, the employer who filed the EEOC claim upon which the EEOC filed this action, seeks to intervene to state causes of action under both Title VII and state law. 42 U.S.C. § 2000e-5(f)(1).

1   Both EEOC and Defendants have filed statements of non-opposition. The motion is
2  therefore GRANTED. Ms. Yang SHALL file her complaint within 10 days of the date of service
3  of this order.

4   IT IS SO ORDERED.

5   Dated: **July 13, 2010**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE