# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>    v.<br><br>AMERICAN LASER CENTERS, LLC., et al.,<br><br>           Defendants. | 1:09cv02247 AWI DLB<br><br>ORDER SETTING SETTLEMENT CONFERENCE<br>(Document 44)<br>**Date:  September 22, 2011**<br>**Time: 10:00 a.m.**<br>**Courtroom 9**<br><br>ORDER VACATING SCHEDULING CONFERENCE ORDER<br>(Document 42) |

On July 22, 2011, Plaintiff United States Equal Employment Opportunity Commission ("EEOC") filed a motion to set a settlement conference.  The Court held a telephonic conference to discuss the motion on August 5, 2011.  Peter Laura appeared on behalf of EEOC.  Nicholas Lewis appeared on behalf of Plaintiff in Intervention Dawb Yang.  Ann Smith and Ellen M. Papadakis appeared on behalf of Defendants American Laser Centers, LLC, American Laser Centers of California, LLC, and ALC-Partner, Inc.

The Court SETS a settlement conference for September 22, 2011, at 10:00 a.m., in Courtroom 9.  At this time, all parties except Plaintiff in Intervention Yang, must appear in person at the conference.

The dates in the October 4, 2010, Scheduling Conference are VACATED.

IT IS SO ORDERED.

Dated:   **August 5, 2011**          /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE